# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146764

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MYRON BANKS,
          Defendant-Appellant.

                 SC: 146764
                 COA: 314588
                 Macomb CC: 2010-000721-FH

_____/

      On order of the Court, the application for leave to appeal the February 7, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

      VIVIANO, J., did not participate because he presided over this case in the circuit court.



s0918

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2013



Clerk